UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNIN DWAYNE JACKSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>CAPTAIN MORONNA,<br><br>                    Defendant. | CIVIL ACTION NO.: 18 Civ. 10148 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

      Plaintiff Kennin Jackson filed this pro se complaint against the Captain Maronna on October 31, 2018. (ECF No. 1). The Court granted Plaintiff's request to proceed in forma pauperis, that is, without prepayment of fees, and directed Plaintiff to file an amended complaint. (ECF Nos. 6, 9). On January 23, 2020, the Clerk's Office received a notification from the Connecticut Department of Corrections, Office of Inmate Accounts, informing the Court that the plaintiff has been discharged from the Connecticut Department of Corrections. However, the Court does not have another address at which to communicate with the plaintiff.

      Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action sua sponte for failure to prosecute after notifying the plaintiff. LeSane v. Hall's Sec. Analyst, Inc., 239 F.3d 206, 209 (2d Cir. 2001); see Fields v. Beem, No. 13 Civ. 5 (GTS) (DEP), 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's complaint.") (collecting cases).

The Court directs Plaintiff to update his address of record within **30 days** of the date of this order.  Should Plaintiff fail to comply with this order, the Court will dismiss the action without prejudice for failure to prosecute.

Dated: New York, New York
January 30, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**